Matthew Strugar (State Bar No. 232951)
matthew@matthewstrugar.com
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ACLU OF SOUTHERN CALIFORNIA,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　Defendant. | Civ. No.  18-8917<br><br>**Complaint for Declaratory and Injunctive Relief** |

　　1.　　This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking the release of records related to ICE agents' practice of misrepresenting or concealing their identity when conducting enforcement actions.

**Jurisdiction and Venue**

　　2.　　This Court has jurisdiction over the parties and subject matter pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

　　3.　　Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

**Parties**

　　4.　　Plaintiff ACLU of Southern California is a non-profit organization dedicated to defending and securing the rights granted by the U.S. Constitution and

1
Complaint for Declaratory and Injunctive Relief

Bill of Rights. ACLU SoCal's work focuses on immigrants' rights, the First Amendment, equal protection, due process, privacy, and furthering civil rights for disadvantaged groups. As part of its immigrants' rights work, ACLU SoCal monitors Immigration and Customs Enforcement's practices.

5. Defendant Department of Homeland Security (DHS) is an agency of the United States.

6. Immigration and Customs Enforcement (ICE) is a component of DHS.

7. ICE has possession, custody, and control of the records Plaintiff seeks.

## Statement of Facts

8. As a part of its immigrants' rights work, Plaintiff requests public records from local, state, and federal entities involved in law enforcement and immigration enforcement activities. Plaintiff uses the documents disclosed through public records requests to educate the public through reports, "know your rights" trainings, and the media, and to advocate for reforms to immigration enforcement policies and practices. This suit involves a FOIA request to ICE that remains unresolved many months past FOIA's statutory deadline.

9. On February 12, 2018, Plaintiff sent a FOIA request to DHS's Privacy Office, ICE, and ICE's Los Angeles Field Office by email and U.S. Mail seeking information related to ICE agents' practice of misrepresenting or concealing their identity when conducting enforcement actions.

10. Plaintiff requested a waiver of fees associated with processing its request.

11. Plaintiff's request, including the exhibits to the request, are attached as Exhibit 1 and incorporated here by reference.

12. On February 16, 2018, the ICE FOIA Office sent Plaintiff an email stating that ICE granted Plaintiff's fee request and assigning the request reference number 2018-ICFO-20417.

Complaint for Declaratory and Injunctive Relief

13. On February 16, 2018, DHS's Privacy Office sent Plaintiff a letter stating that "[d]ue to the subject matter of [Plaintiff's] request, [it was] transferring this request to the FOIA Office at the Office of Inspector General (OIG)."

14. The February 16, 2018, letter from the DHS's Privacy Office also assigned the request a number: 2018-HQFO-00610.

15. On July 13, 2018, DHS OIG sent Plaintiff a letter stating that a search of DHS-OIG Offices of Inspections, Audits and Special Reviews Group had revealed no responsive records.

16. Plaintiff received no response to its request from ICE's Los Angeles Field Office.

17. As of the filing of this Complaint, Plaintiff has not received a final determination and response from ICE with regard to the request.

18. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), Plaintiff is deemed to have exhausted its administrative remedies with regard to the request because the agency has failed to comply with the statutory time limit.

## Count I: Violation of FOIA

19. Plaintiff realleges and incorporates by reference the allegations in each of the preceding paragraphs of this Complaint.

20. Defendant has violated FOIA by failing to produce the records responsive to Plaintiff's February 12, 2018 request.

21. Plaintiff and the public have been and will continue to be irreparably harmed until Defendant is ordered to comply with Plaintiff's FOIA request.

## Request for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Enjoin Defendant from continuing to withhold the public records responsive to Plaintiff's FOIA request and otherwise order Defendant to produce the requested public records without further delay;

1   (3)     Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action, to the extent permitted by law; and

(4)     Grant Plaintiff such other and further relief which the Court deems proper.

Date: October 16, 2018                    Respectfully submitted,


    /s/ Matthew Strugar
Matthew Strugar (State Bar No. 232951)
matthew@matthewstrugar.com
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299