NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8817
    Facsimile: (213) 894-7819
    E-mail: David.M.Harris@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACLU OF SOUTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | No. CV 18-08917-JAK<br><br>**FEDERAL DEFENDANT'S *EX PARTE* APPLICATION FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS; DECLARATION OF DAVID M. HARRIS**<br><br>**[Local Rule 7-19]**<br><br>Honorable John A. Kronstadt |

Undersigned counsel, on behalf of Federal Defendants, apply *ex parte* for an order staying the entire case due to the lapse of appropriations.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department"), of which the U.S. Attorney's Office is a component, expired; the expiration resulted in a lapse of appropriations to the Department. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. A cursory review of the file indicates that defendants' Answer is due on February 15, 2019. At this point it is not known whether funding will be restored in sufficient time for the U.S. Attorney's Office to timely file defendants' Answer.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

5. Pursuant to Local Rule 7-19.1, notice of this *Ex Parte* Application was given to Matthew D. Strugar, plaintiff's counsel, by email. On December 27, 2018, Matthew D. Struger, responded by email, stating that he does not oppose the Federal Defendant's *Ex Parte* Application.

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the Federal Defendant hereby moves for a stay of the entire case due to the lapse in appropriations until Department attorneys are permitted to resume their usual civil litigation functions.

Dated: 12/27/2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   /s/ *David M. Harris*
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

Attorneys for Defendants
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

# DECLARATION OF DAVID M. HARRIS

I, David M. Harris, declare:

1. I am an Assistant United States Attorney and the Chief of the Civil Division of the United States Attorney's Office.

2. I am informed and believe that Contract Attorney Mari Zang notified plaintiff's counsel of this ex parte application by email.

3. I am informed by Contract Attorney Mari Zang and believe that on December 27, 2018, plaintiff's counsel in this action sent Mari Zang an email stating that he did not oppose this ex parte application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December at Los Angeles, California.

  /s/    *David M. Harris*
David M. Harris

3