1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ACLU OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. LA CV18-08917 JAK (JEMx)<br><br>**ORDER RE DEFENDANTS' EX PARTE APPLICATION TO STAY THE ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS (DKT. 16)** |
|---|---|

    Based on a review of Defendants' Application For A Stay Of The Entire Case Due To The Lapse Of Appropriations (the "Application") (Dkt. 16), good cause has been shown. Therefore, the Application is **GRANTED IN PART**. Due to the lapse in appropriations to the Department of Justice, the entire case is **PARTIALLY STAYED** until Department of Justice attorneys are permitted to resume their usual civil litigation functions. All dates and deadlines that have been set in this matter are **VACATED**. Within five days of a change in the status of appropriations to the Department of Justice, the parties shall file a joint report stating their collective and/or respective views

regarding the dates and deadlines that should be set. The joint report shall attach a proposed order consistent with the report.

    IT IS SOORDERED.

Dated: January 11, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2