NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444
    Facsimile: (213) 894-7819
    E-mail: Matthew.Barragan@usdoj.gov

Attorneys for Defendant
U.S. Department of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACLU OF SOUTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | No. CV 18-08917 JAK (JEMx)<br><br>**ANSWER OF DEFENDANT TO PLAINTIFF'S COMPLAINT**<br><br>Honorable John A. Kronstadt |

Defendant United States Department of Homeland Security ("DHS" or "Defendant"), by and through the undersigned counsel, hereby answers the allegations in the Complaint (Docket No. 1) filed by Plaintiff ACLU of Southern California ("Plaintiff") as follows:

/ / /

1

1.	The allegations contained in paragraph 1 of the Complaint constitute Plaintiff's characterization of this action to which no response is required.  To the extent a response is deemed required, Defendant denies all of the allegations therein.

### Jurisdiction and Venue

2.	The allegations contained in paragraph 2 of the Complaint constitute Plaintiff's allegations concerning jurisdiction to which no response is required.  To the extent a response is deemed required, Defendant denies all of the allegations therein.

3.	The allegations contained in paragraph 3 of the Complaint constitute Plaintiff's allegations concerning venue to which no response is required.  To the extent a response is deemed required, Defendant denies all of the allegations therein.

### Parties

4.	Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 4 of the Complaint and on that basis denies them.

5.	Admit.

6.	Admit.

7.	Defendant admits only that ICE has possession, custody, and control of certain records that may be responsive to the FOIA request that is the subject of this action.

### Statement of Facts

8.	Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in the first two sentences of paragraph 8 of the Complaint and on that basis denies them.  The remainder of paragraph 8 of the Complaint consists of Plaintiff's legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies all of the remaining allegations in paragraph 8 of the Complaint.

/ / /

/ / /

9. Defendant admits that DHS's Privacy Office, ICE, and ICE's Los Angeles Field Office received a Freedom of Information Act ("FOIA") request, dated February 12, 2018, from Plaintiff that speaks for itself. Defendant denies the remaining allegations contained in paragraph 9 of the Complaint.

10. Defendant admits that the Plaintiff's February 12, 2018 FOIA request speaks for itself.

11. Defendant admits that the Plaintiff's February 12, 2018 FOIA request speaks for itself.

12. Admit.

13. Defendant admits that DHS's Privacy Office sent Plaintiff a letter on February 16, 2018 that speaks for itself.

14. Admit.

15. Defendant admits that OIG sent Plaintiff a letter on July 3, 2018 that speaks for itself. Defendant denies the remaining allegations contained in paragraph 15 of the Complaint.

16. Defendant admits that ICE's Los Angeles Field Office did not send Plaintiff a response to their FOIA request because the ICE FOIA Office located in Washington, D.C. processes FOIA requests on behalf of all field offices, including the Los Angeles Field Office. As admitted above in paragraph 12, the ICE FOIA Office acknowledged Plaintiff's initial request on February 16, 2018, via email, and respectfully refers the Court to the acknowledgement email for a complete and accurate description of its contents.

17. Defendant ICE produced records to Plaintiff, sent via mail, on February 28, 2019 and March 27, 2019. Defendant further avers that ICE issued a final response to Plaintiff's request on May 28, 2019.

18. The allegations contained in paragraph 18 constitute legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies all of the allegations therein.

3

## Count 1: Violation of FOIA

19. No response is required to paragraph 19 of the Complaint. To the extent a response is deemed required, Defendant incorporates by reference its response to the paragraphs above as if fully stated here.

20. Deny.

21. Deny.

## Request for Relief

22. The remainder of the Complaint consists of Plaintiff's Prayer for Relief to which no response is required. To the extent a response is deemed required, the allegations of the prayer for relief are denied. Plaintiff is not entitled to any relief.

23. Any allegation contained in Plaintiff's Complaint that has not been admitted or denied is hereby denied.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint purports to impose obligations upon Defendant that exceed those imposed by FOIA.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compel the production of records that are exempt from disclosure under FOIA or under other provisions of law, or to compel the production of records that are not subject to FOIA.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is not improperly withholding any responsive documents.

### FIFTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to lawful authority.

/ / /

WHEREFORE, Defendant prays for judgment dismissing Plaintiff's Complaint, and awarding Defendant its costs and disbursements in this action, and for such other and further relief as the Court may deem just and proper.

Dated: June 26, 2019

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


 /s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
U.S. Department of Homeland Security