JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ACLU OF SOUTHERN CALIFORNIA, | No. CV 18-08917 JAK (JEMx) |
| Plaintiff, | **DISMISSAL ORDER** |
| v. | Honorable John A. Kronstadt |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Accordingly, all dates and deadlines are vacated.

The Court shall retain jurisdiction over the issue of attorney's fees.

Dated: February 4, 2020

_____
John A. Kronstadt
United States District Judge